# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2020

## NO. 03-19-00474-CV

**Martin Lara, Sr.; Martin Lara, Jr.; and Coast to Coast Insurance Services, LLC, Appellants**

**v.**

**Streamline Insurance Services, LLC; and Streamline Insurance Services, Inc., Appellees**

## APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
## AFFIRMED IN PART, REVERSED AND RENDERED IN PART, REMANDED --
## OPINION BY JUSTICE TRIANA

This is an appeal from the district court's order denying appellants' motion to dismiss under the Texas Citizens Participation Act (TCPA) signed by the trial court on June 27, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses in part the district court's order denying appellants' TCPA motion to dismiss and render judgment dismissing Streamline's claims against the Laras for knowing participation in a breach of fiduciary duty and tortious interference with a contract. The Court affirms the district court's denial of the motion to dismiss the claims against

Coast to Coast.  The Court remands the case to the trial court for further proceedings consistent with this opinion.  Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.